CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (985) 713-4964

Attorney for Defendants
KHALED MEDIA LLC and KHALED SAIGHANI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SALMA (SORAYA) JAHANI,

Plaintiff,

v.

KHALED MEDIA LLC and KHALED SAIGHANI,

Defendants.

Case No. 2:25-cv-03342-DJC-CKD

**ORDER ON JOINT STIPULATION (1) WITHDRAWING ECF NOS. 49 AND 49-1; (2) DENYING AS MOOT RULE 12(f) PORTION OF ECF NO. 45; AND (3) SETTING BRIEFING SCHEDULE ON PENDING MOTIONS (ECF NOS. 16, 22, AND 45)**

Mag. Judge: Hon. Carolyn K. Delaney
Dist. Judge: Hon. Daniel J. Calabretta

The Court has considered the Joint Stipulation of Plaintiff and Counter-Defendant Salma (Soraya) Jahani and Defendants and Counterclaimants Khaled Media LLC and Ayamuddin Khaled Saighani, filed October 8, 2026. Pursuant to the stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendant Saighani's Motion for Leave to File a Late Opposition (ECF No. 49) and Request for Appointment of Pro Bono Counsel (ECF No. 49-1) are WITHDRAWN. The Clerk of the Court shall terminate ECF Nos. 49 and 49-1.

2. The portion of Plaintiff's Motion to Dismiss Defendants' Counterclaims (ECF No. 45) that seeks to strike Khaled Media LLC's counterclaims under Rule 12(f) for lack of counsel is DENIED as moot. The remainder of ECF No. 45 remains pending.

3. On or before November 6, 2026, Defendants may file:

(a) either an opposition to ECF No. 45 or a motion under Rule 15(a)(2) for leave to file amended counterclaims, with Plaintiff's response to the motion due according to the L.R. 230 schedule;

(b) through counsel, Khaled Media LLC's answer to the First Amended Complaint and an opposition to ECF No. 16; and

(c) a supplemental brief in support of ECF No. 22.

4. Plaintiff may file a reply to each such filing within ten (10) days after it is served, except that Plaintiff's response to any motion for leave to amend under Paragraph 3(a) shall be governed by Local Rule 230.

5. The Court defers ruling on ECF Nos. 16, 22, and 45 until that briefing is complete. Those motions will then stand submitted on the papers unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: October 13, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE