CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (985) 713-4964

Attorney for Defendants
KHALED MEDIA LLC and KHALED SAIGHANI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SALMA (SORAYA) JAHANI,

Plaintiff,

v.

KHALED MEDIA LLC and KHALED SAIGHANI,

Defendants.

Case No. 2:25-cv-03342-DJC-CKD

**ORDER ON JOINT STIPULATION EXTENDING BY FOURTEEN DAYS THE DEADLINES SET BY ECF NO. 54**

Mag. Judge: Hon. Carolyn K. Delaney
Dist. Judge: Hon. Daniel J. Calabretta

Pursuant to the Parties' Joint Stipulation to Extend Deadlines Set by ECF No. 54, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' deadline to file each of the documents described in Paragraph 3 of the Court's October 13, 2026 Order (ECF No. 54) is extended from November 6, 2026 to **November 20, 2026**.

2. Plaintiff may file a reply to each such filing within ten (10) days after it is served, except that Plaintiff's response to any motion under Rule 15(a)(2) shall be due according to the schedule set by Local Rule 230.

3. The Court continues to defer ruling on ECF Nos. 16, 22, and 45 until that briefing is complete.

4. All other provisions of ECF No. 54 remain in effect.

**IT IS SO ORDERED.**

Dated: 11/09/26

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE