CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (985) 713-4964

Attorney for Defendants
KHALED MEDIA LLC and KHALED SAIGHANI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SALMA (SORAYA) JAHANI,

Plaintiff,

v.

KHALED MEDIA LLC and KHALED SAIGHANI,

Defendants.

Case No. 2:25-cv-03342-DJC-CKD

**ORDER ON JOINT STIPULATION (1) GRANTING DEFENDANTS LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS AND SECOND AMENDED ANSWER; (2) GRANTING PLAINTIFF LEAVE TO FILE REVISED SECOND AMENDED COMPLAINT; AND (3) WITHDRAWING ECF NOS. 30 AND 45 AS MOOT**

Mag. Judge: Hon. Carolyn K. Delaney
Dist. Judge: Hon. Daniel J. Calabretta

Pursuant to the Parties' Joint Stipulation re Amended Pleadings, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Under Rule 15(a)(2), Defendants are granted leave to file the First Amended Counterclaims of Khaled Media LLC and Ayamuddin Khaled Saighani and the Second Amended Answer of Defendant Saighani, in the forms attached to the Parties' Stipulation as Exhibits A and B. Defendants shall file them within seven (7) days after entry of this Order.

2. Plaintiff is granted leave to file a revised Second Amended Complaint within twenty-eight (28) days after entry of this Order. The revised Second Amended Complaint will replace the proposed pleading at ECF No. 30-1 and may include Farida Mahwash Naqshbandi as a plaintiff. Plaintiff's motion for leave to amend (ECF No. 30) is WITHRDRAWN AS MOOT.

3. Plaintiff's Motion to Dismiss Defendants' Counterclaims (ECF No. 45) is WITHDRAWN AS MOOT, without prejudice to any response to the First Amended Counterclaims.

4. Plaintiff's response to the First Amended Counterclaims is due twenty-eight (28) days after entry of this Order. Defendants' response to the revised Second Amended Complaint is due twenty-one (21) days after it is served.

5. The Parties' Stipulation is accepted in place of the motion for leave to amend described in Paragraph 3(a) of ECF No. 54, as extended by ECF No. 56. This Order does not affect Defendants' other filings due November 20, 2026 under ECF No. 56, Plaintiff's time to reply to them, or the Court's deferral of its rulings on ECF Nos. 16 and 22 until that briefing is complete.

6. Neither side's consent to the other's amended pleading is an admission of, or agreement with, any allegation in that pleading. Defendants' consent extends only to the filing of the revised Second Amended Complaint and does not waive any objection to any claim or party in it, including under Rule 12. Plaintiff's consent likewise extends only to the filing of Defendants' amended pleadings and does not waive any objection to any claim or defense in them. All claims, defenses, and objections are reserved, including those under Rule 12.

**IT IS SO ORDERED.**

Dated: November 23, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE